## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CQ PARTNERS, LLC** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 25-6173** |
| **LAKE FOREST HEARING** | : | |
| **PROFESSIONALS, LLC,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 27th day of April 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion") (ECF No. 14), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED.** The Complaint is **DISSMISSED without prejudice**.

It is **FURTHER ORDERED** that Plaintiff may file an amended complaint no later than **May 18, 2026**.

BY THE COURT:

_____

Hon. Mia R. Perez