**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CQ PARTNERS, LLC** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 25-6173** |
| **LAKE FOREST HEARING PROFESSIONALS, LLC, *et al*.,** | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 2nd day of November, 2026, upon consideration of Defendants' Motion to Dismiss ("Motion") (ECF No. 26), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Second Amended Complaint is **DISMISSED with prejudice**.

BY THE COURT:

____________________________

Hon. Mia R. Perez